**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: March 11, 2020**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  Robert Craig Walker<br>  Tammy Arlene Walker<br>                        Debtors | CASE NO: 19-33901<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

PRE-CONFIRMATION DISMISSAL ORDER (DOC. 13)

    This matter is before the court upon the Chapter 13 Trustee's Motion to Dismiss for (Doc. 13). As no party has timely responded to the Motion, the Motion to Dismiss is GRANTED. This case is dismissed.

    The Trustee will refund to the Debtors any balance on hand at the entry of this order after deducting any unpaid claim allowed under 11 U.S.C.§503(b).

    IT IS SO ORDERED.

Submitted By:

/s/ John G Jansing
John G Jansing 0040926
Chapter 13 Trustee
131 N. Ludlow St.  Suite 900
Dayton, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

**Copies:** All Creditors and Parties in Interest.